# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Henry Burgess | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:09-cv-1247-RBH |
| Lynn Martin | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  It is ORDERED that the Magistrate Judges R&R is adopted and incorporated herein by reference, and the Defendants Motions to Dismiss (Docket #31 & #35) are GRANTED.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:  July 14, 2010                                      *CLERK OF COURT*

                                                          s/Debbie Stokes
                                                          *Signature of Clerk or Deputy Clerk*